# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

160376

ADAM NYMAN and SARA NYMAN,
     Plaintiffs-Appellants,

v

THOMSON REUTERS HOLDINGS, INC.,
d/b/a WESTLAW,
     Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160376
COA: 344213
Wayne CC: 17-012847-CB

On order of the Court, the application for leave to appeal the September 3, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



a0513

Clerk